**Order entered July 3, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01114-CV

**MATTHEW D. STERN, Appellant**

**V.**

**BELLA CUSTOM HOMES, INC., Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-16-00079-B**

## ORDER

Before the Court is appellee's June 29, 2018 unopposed second motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **July 30, 2018**. We caution appellee that further extension requests will be disfavored.

/s/    ADA BROWN
          JUSTICE